UNITED STATES DISTRICT COURT

Northern District of California

SOUTH COUNTY BANK N.A.,           No. C 13-2705 MEJ

           Plaintiff,           **ORDER OF REFERRAL**

   v.

PHOENIX MUTUAL CAPITAL LLC, et al.,

           Defendants.

_____/

On June 12, 2013, Defendant Lois Snell removed the above-captioned case from Alameda County Superior Court. Dkt. No. 1. Plaintiff South County Bank N.A. has now filed a Motion to Remand. Dkt. No. 5. As part of its Motion, Plaintiff seeks sanctions based on the fact that Snell previously removed a "substantially similar" action to this Court, *South County Bank N.A. v. Phoenix Mutual Capital LLC, et al.,* C-13-1886 RS, which was remanded by the Honorable Richard Seeborg on May 9, 2013. Dkt. No. 5 at 2.

Accordingly, pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Richard Seeborg for the purpose of considering whether it is related to the following case: *South County Bank N.A. v. Phoenix Mutual Capital LLC, et al.,* C-13-1886 RS.

**IT IS SO ORDERED.**

Dated: June 18, 2013

_____
Maria-Elena James
United States Magistrate Judge